Carrie LeRoy (SBN #209706)
17774 Old Summit Rd.
Los Gatos, CA 95033
Telephone: (650) 630-4379
Email: carrie.leroy@aol.com

Attorney for Petitioner

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OLMAN MANUEL SILVAS PEREZ,<br>Petitioner,<br>v.<br>WARDEN, CALIFORNIA CITY IMMIGRATION PROCESSING CENTER,<br>Respondents. | Case No. 1:26-cv-07581-TLN-JDP<br>**ORDER GRANTING PETITIONER'S REQUEST FOR LEAVE TO AMEND PETITION FOR WRIT OF HABEAS CORPUS AND DISMISS MISFILED DUPLICATIVE CASE**<br>Honorable Troy L. Nunley<br>United States District Judge |

**ORDER**

The Court, having considered the Joint Stipulation between Petitioner and Respondents dated October 5, 2026 and in accordance with Rule 15(a)(2) of the Federal Rules of Civil Procedure, hereby orders as follows:

1. The Court GRANTS Petitioner leave to amend the petition for writ of habeas corpus filed in this case (Dkt. No. 1);
2. Petitioner shall file with the Court a first amended petition for writ of habeas corpus (the "FAP") on or before October 13, 2026. Respondents may file an answer, other responsive pleading to the FAP, or file a notice standing on their previously filed pleading on or before October 20, 2026. Petitioner may file a reply brief on or before October 23, 2026; and
3. On or before October 8, 2026, Petitioner will dismiss with prejudice related Case No. 1:26-cv-07995, which Petitioner erroneously filed and is duplicative of the instant case.

**IT IS SO ORDERED**.

DATED: October 6, 2026

Troy L. Nunley
Chief United States District Judge